IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAZIAH STRICKLAND, | : | No. 3:26-CV-0238 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| NANCY L. BUTTS, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Plaintiff's Section 1983 complaint is **DISMISSED** with and without prejudice, as follows:

   a. Plaintiff's Section 1983 claims under the Fourth and Eighth Amendment against Judge Nancy L. Butts and Magisterial District Judge Aaron Biichle are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

   b. Plaintiff's Section 1983 claim invoking the Fifth Amendment is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted

   c. All other Section 1983 claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate defendants Nancy L. Butts and Aaron Biichle.

3. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order.  Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum.

4. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

**Date:** 5/19/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2